[657 NYS2d 133]

In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A, Respondents. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, April 24, 1997

### APPEARANCES OF COUNSEL

*Hal R. Lieberman* for petitioner.
No appearances for respondents.

### OPINION OF THE COURT

Per Curiam.

Section 468-a of the Judiciary Law requires every resident and nonresident attorney admitted to practice in the State of New York to file a biennial registration statement with the administrative office of the courts. A biennial registration fee must be paid at the time the statement is filed. This registration statement, which is mailed every two years by the Office of Court Administration to every attorney so admitted, must be timely filed and the fee paid regardless of whether the at-

torney is actually engaged in the practice of law in New York or elsewhere. Attorneys who certify to the Chief Administrator of the Courts that they have retired from the practice of law are exempt from paying the registration fee at the time the statement is filed. Subdivision (5) of the statute provides further that "Noncompliance by an attorney with the provisions of this section and the rules promulgated hereunder shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division of the supreme court for disciplinary action."

Pursuant to this provision, petitioner Departmental Disciplinary Committee seeks an order suspending from the practice of law certain attorneys who are in violation of the statute, in that they have failed to file the registration statement and pay the registration fee for one or more registration periods after due notification. This Court has previously held that failure to register, or re-register, and pay the biennial registration fee is professional misconduct warranting discipline (*see*, *Matter of Horoshko*, 218 AD2d 339, 341).

The attorneys in question have received notification of their noncompliance in the following manner. The Office of Court Administration mailed each of the defaulting attorneys two notices to their last known business address and one notice to their last known home address. Attorneys who remained in default following these three notices were referred to the Departmental Disciplinary Committee, which mailed a notice of an imminent suspension motion to the last known business address of the subject attorney. Pursuant to the order of this Court dated June 6, 1996, which provided for service of the suspension motion by publication in the New York Law Journal for five consecutive days, a list of the defaulting attorneys along with their last known business addresses was so published commencing November 27, 1996. Following publication, the motion was called in open court on December 17, 1996. Those attorneys who remain in noncompliance with Judiciary Law § 468-a despite the notification and motion process described are the subject of petitioner's motion for suspension.

Accordingly, due to the continued failure to comply with the statute, petitioner's motion to suspend such attorneys is granted to the extent of suspending those attorneys whose names are enumerated in the attached schedule from the practice of law in the State of New York until further order of this Court.

MILONAS, J. P., ELLERIN, NARDELLI, WILLIAMS and MAZZARELLI, JJ., concur.

Petitioner's motion is granted to the extent of suspending from the practice of law in the State of New York those attorneys whose names are enumerated in the schedule attached to the opinion Per Curiam, effective May 27, 1997, and until the further order of this Court, as indicated. [As amended by unpublished orders entered May 6, 22, 23; June 5, 12, 19; July 17; Aug. 7, 28; Sept. 4, 25; Oct. 14, 15, 1997.]

### Schedule of Attorneys
### Suspended for Violation
### of Judiciary Law § 468-a

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Aaron, Barbara Diane | Legal Aid Society Criminal Defense Division 80 Lafayette Street New York, NY 10013 | 85 | 2 |
| Abraham, Zev W. | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 92 | 2 |
| Abrams, Ellen J. | 4200 North Ocean Drive 1405-1 Riviera Beach, FL 33404 | 2-2-70 | 1 |
| Abrams, Lisa C. | Graham & James 885 3rd Ave. New York, NY 10022 | 8-28-89 | 1 |
| Abrams, Robert Douglas | Sitro Corporation 150 West 56th Street #3803 New York, NY 10019 | 10-27-80 | 1 |
| Abramson, Lawrence M. | Lawrence M. Abramson 501 East 87 Street New York, NY 10028 | 7-7-80 | 1 |
| Ackerman, Joel Allan | Jacob, Medinger & Finnegan 223 E. 72 St. New York, NY 10021 | 4-9-79 | 1 |
| Ackerman, Michael B. | Shukat & Hafer 111 West 57 Street New York, NY 10019 | 10-30-89 | 1 |
| Acosta-Rubio, Zelma F. | 1 University Place Apt. 20P New York, NY 10003 | 8-6-90 | 1 |
| Agner, Parley J. | Botein Hays Sklar & Herzberg 200 Park Avenue New York, NY 10166 | 2-6-84 | 1 |
| Ahearn, Patricia Ann | Herrick Feinstein 2 Park Avenue New York, NY 10016 | 8-6-90 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Ahlers, Ulrike | Commer Bank AG. New York Branch 55 Broad Street New York, NY 10004 | 4-7-80 | 1 |
| Aid, Harry | Mobil Oil Corporation 150 East 42nd Street New York, NY 10017 | 6-24-57 | 1 |
| Aidoo, Judith Felecia | Goldman Sadis & Co. 85 Broad Street 25th Floor New York, NY 10004 | 12-5-88 | 1 |
| Aker, L. J. | National Center for Educational Testing 1271 Ave. of Americas Suite 777 New York, NY 10020 | 77 | 2 |
| Akin, Alva S. | Seward & Kissel One Battery Park Plaza 19th Floor New York, NY 10004 | 11-3-86 | 1 |
| Alban, Frank Javier | Frank J. Alban, Esq. 39 West 14th St. Room 503 New York, NY 10011 | 86 | 2 |
| Alexander, Lisa Alexis | Office of the Spec. Narc. Prosecutor 80 Centre Street 6th Floor New York, NY 10013 | 3-20-90 | 1 |
| Alexiou, Adamandio Stanley | Adamandio S. Alexiou 6 Water Street Suite 402 New York, NY 10004 | 11-30-60 | 1 |
| Alexis, George Morton | Legal Aid Society 80 Lafayette St. New York, NY 10013 | 66 | 2 |
| Allan, James N. | James N. Allan 1065 Park Ave. New York, NY 10028 | 11-28-49 | 1 |
| Allen, Cheryl Melinda | Battle Fowler 280 Park Avenue New York, NY 10017 | 8-28-89 | 1 |
| Allison II, Daniel Boone | The Allison Firm 237 Park Avenue 21st Floor New York, NY 10017 | 1-27-66 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Alpay, Hilvan Hulusi | Cornerstone Capital Ltd. 641 Lexington Ave. 17th Floor New York, NY 10022 | 85 | 3 |
| Alpert, William Mark | Water Street Capital 150 Broadway 23rd Floor New York, NY 10038 | 12-2-85 | 1 |
| Alphonse, Karen Dawn | NYNEX/New York Telephone 1095 Ave. of the Americas Room 3833 New York, NY 10036 | 4-17-89 | 1 |
| Altamura, Vincent | Sawyier Granquist & Horton One Liberty Plaza 165 Broadway 45th Floor New York, NY 10006 | 87 | 2 |
| Ambler, William Newsome | 1224 Easton Rd. Roslyn, PA 19001 | 4-28-80 | 1 |
| Amster, Randall Jay | Chadbourne & Parke 30 Rockefeller Plaza New York, NY 10112 | 92 | 3 |
| Andersen, Einar Gustav | Valuation Research Corporation 230 Park Avenue New York, NY 10169 | 6-16-86 | 1 |
| Anderson, Ethel | NYC Human Resources Admin.Office of Legal Affairs 22 Church Street 6th Floor New York, NY 10006 | 77 | 2 |
| Anderson, Vern M. | Vern M. Anderson 230 E. 73rd St. New York, NY 10021 | 42 | 4 |
| Appelbaum, Andrew | Latham & Watkins 885 Third Avenue New York, NY 10022 | 3-23-92 | 1 |
| Archer, M. Scott | 30 W. 63rd St. #8M New York, NY 10023 | 10-29-90 | 1 |
| Arias, Francisco | Kronish Lieb Weriner & Hellman 1345 Avenue of the Americas New York, NY 10105 | 6-18-90 | 1 |
| Armstrong, Geoffrey | Law Offices-Thomas F. Meagher 233 Broadway 2 World Trade Center New York, NY 10279 | 82 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Armstrong, Joseph M. | The City of New York 250 Church Street Human Resources Administration New York, NY 10013 | 2-22-71 | 1 |
| Armstrong, Steven John | Kenyon & Kenyon 1 Broadway New York, NY 10004 | 5-8-89 | 1 |
| Arnette, Jr., Howard | Howard Arnette, Jr. 67 Wall Street Suite 2411 New York, NY 10005 | 86 | 2 |
| Arnoff, James B. | The Arnoff Company, Inc. 708 Broadway 8th Floor New York, NY 10003 | 76 | 2 |
| Arnold, Frederick | Shearson Lehman Hutton World Financial Center New York, NY 10285 | 81 | 2 |
| Arnone, Jane Weisbecker | Baer Marks & Upham 805 Third Avenue New York, NY 10022 | 10-31-88 | 1 |
| Aronson, Karen L. | 245 E. 44th St. Apt. 6C New York, NY 10017 | 9-19-91 | 1 |
| Ashley, Susan Amy | Skadden Arps Slate Meagher & Flom L. L. P. 919 Third Ave. New York, NY 10022 | 92 | 2 |
| Asperilla, Dominador Olivares | Midtown Legal Bureau P. C. 110 West 34th St. Room 709 New York, NY 10001 | 84 | 3 |
| Aston, Michael Irvin | 359 East 68th Street Apartment 5B New York, NY 10021 | 7-22-91 | 1 |
| Athanasatos, Elpida | 1275 15th Street Apt. 6L Fort Lee, NJ 07024 | 6-16-86 | 1 |
| Atkins, John Trevor | Paine Webber Capital Markets 1285 Avenue of the Americas New York, NY 10019 | 2-7-83 | 1 |
| Atkinson, Gregory | Gregory Kemp Atkinson, Esq. 425 W. 23d St. 2B New York, NY 10011 | 9-2-82 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Auslander, James D. | James David Auslander 120 Wall St. New York, NY 10005 | 57 | 2 |
| Aviado, Danilo A. | Danilo A. Aviado, Esq. Law Office 110 West 34th Street Suite 805 New York, NY 10001 | 84 | 2 |
| Axford, Robert Barclay | Legal Aid Society 80 Lafayette Street New York, NY 10013 | 87 | 2 |
| Azar, Joseph A. | Joseph A. Azar, Esq, General Counsel No. Manh. Coalition for Immigrants Rts. 2 Bennett Ave. 2Fl. New York, NY 10033 | 80 | 2 |
| Azzara, Andrew J. | Caltex Petroleum Corp. 380 Madison Ave. New York, NY 10017 | 55 | 2 |
| Back, Morris | Morris Back 432 Park Ave. South New York, NY 10016 | 3-21-49 | 1 |
| Backer, Rachel B. | Rachel B. Backer 299 Broadway Suite 1415 New York, NY 10007 | 40 | 2 |
| Baden-Powell, Henry E.W. | Burlingham Underwood & Lord 1 Battery Park Plaza New York, NY 10004 | 10-31-83 | 1 |
| Baden-Powell, Lily | Milgrim Thomajan Jacobs & Lee 405 Lexington Avenue New York, NY 10174 | 12-3-84 | 1 |
| Baehre, Mark A. | Ernst & Whinney 153 East 53rd St. New York, NY 10022 | 85 | 4 |
| Bagg, Thomas G. | Mobil Corporation 150 E. 42 St. New York, NY 10017 | 6-24-57 | 1 |
| Baker, Brenda | Dow Jones & Company, Inc. 22 Courtlandt Street New York, NY 10007 | 10-24-73 | 1 |
| Balash, Jeffrey Linke | Lehman Brothers 55 Water Street New York, NY 10041 | 8-6-75 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Baldwin, April Ann | Vlitsa Dimitrova 26 Kvartira 184 109180 Moscow, Russia, | 12-3-90 | 1 |
| Balfus, Jonathan Charles | Hawkins Delafield & Wood 67 Wall St. New York, NY 10005 | 6-5-89 | 1 |
| Balkoski, John A. | Integrated Health Care Investments 10 Union Square East New York, NY 10003 | 73 | 2 |
| Balladon, Yeelong | 360 East 88th Street Apartment 17B New York, NY 10128 | 4-30-91 | 1 |
| Ballelos, Miguel E. | 645 East 14 Street Apt. 8-H New York, NY 10009 | 3-3-86 | 1 |
| Bangser, Michael Robert | Michael R. Bangser MDRC 3 Park Ave. New York, NY 10016 | 4-3-78 | 1 |
| Bannan, Michael P. | The Chase Manhattan Bank, N.A. 1 Chase Manhattan Plaza 29th Floor New York, NY 10081 | 5-23-83 | 1 |
| Baral, Alan Scott | Cahill Gordon & Reindel 80 Pine Street New York, NY 10005 | 2-1-88 | 1 |
| Baras, Sondra Oster | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 83 | 2 |
| Barnet, Anna M. | Marc Sadler Designs, Inc. 276 Fifth Ave. Suite 600 New York, NY 10001 | 4-7-87 | 1 |
| Barraza, Rafael David | Rafael D. Barraza, Esq. 79th Street Boat Basin #6 New York, NY 10024 | 9-19-83 | 1 |
| Barrett, Cynthia V. | Harper Collins 10 East 53rd St. New York, NY 10022 | 85 | 2 |
| Barrett, David John | Morgan Stanley 1251 Ave. of Americas New York, NY 10020 | 84 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Barrett, Hugh C. | Curtis Morris & Safford, P. C. 530 Fifth Avenue New York, NY 10036 | 73 | 2 |
| Barrett, Jane E. | Standard Weisberg, P. C. 61 Broadway New York, NY 10006 | 3-2-92 | 1 |
| Barstein, Frederick D. | Clark Boardman Co., Ltd. 435 Hudson St. New York, NY 10014 | 80 | 2 |
| Bartlett, Susan Appleton | Law Firm of Lansing Palmer 599 Lexington Avenue New York, NY | 2-2-87 | 1 |
| Barton, Michael B. | Comptroller of the Currency 1211 Avenue of the Americas Suite 4250 New York, NY 10036 | 10-7-74 | 1 |
| Basedow, William C. | ACF Industries Incorporated 750 Third Avenue 10th Floor New York, NY 10017 | 72 | 2 |
| Bassette, Charles E. | Charles E. Bassette 3651 Broadway New York, NY 10031 | 81 | 3 |
| Bastiks, Anita D. | Levin & Weissman 122 E. 42nd St. New York, NY | 88 | 2 |
| Bauer, John L. | Otterbourg Steindler, et al. 230 Park Ave. New York, NY 10017 | 67 | 2 |
| Baumann, Frederick James | Patterson Belknap Webb & Tyler 30 Rockefeller Plaza New York, NY 10112 | 4-7-80 | 1 |
| Baxter, Kate Davis | 9 Stanwich Lane Greenwich, CT 06830 | 8-3-81 | 1 |
| Bayer, Martin H. | Dunlavey & Rosin 633 Third Avenue 19th Floor New York, NY 10017 | 1-11-83 | 1 |
| Beattie, Robert William | Fisher Fallon Salerno & Betlesky 545 Madison Ave. New York, NY 10022 | 87 | 3 |
| Beatty, John J. | State Ins. Fund Legal Dept. 199 Church St. New York, NY 10007 | 46 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Beaver, Ethel F. | Ethel F. Beaver 445 Park Ave. New York, NY 10022 | 11-26-51 | 1 |
| Beck, Sanford E. | Sanford E. Beck 233 Broadway Nyack, NY 10960 | 64 | 2 |
| Becker, Lynn G. | Lynn G. Becker 395 Riverside Dr. Apt. 15D New York, NY 10025 | 82 | 2 |
| Becker, Richard | District Council 37 Municipal Employees Legal Services 125 Barclay Street New York, NY 10007 | 2-2-87 | 1 |
| Beckerlewke, Laura V. | Burlingham Underwood & Lord One Battery Park Plaza New York, NY 10004 | 81 | 2 |
| Beckett, David Ireland | Salomon Brothers, Inc. 1 New York Plaza New York, NY 10004 | 9-26-78 | 1 |
| Beerkens, Patricia M. E. J. | Walter Conston Alexander & Green P. C. 90 Park Avenue 15th Floor New York, NY 10016 | 8-21-90 | 1 |
| Beghin, Barbara Jean | IBM Corporation 590 Madison Avenue New York, NY 10022 | 2-1-88 | 1 |
| Begley, Thomas J. | Thomas J. Begley 299 Broadway New York, NY 10007 | 12-8-41 | 1 |
| Ben-Ami, Jeremy Daniel | NYC Human Resources Administration 250 Church St. Room 1316 New York, NY 10013 | 4-15-91 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Benton, Margrit Laura | Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004 | 8-26-85 | 1 |
| Bercovicz, Sandra | Canton and Ramirez<br>384 Fifth Avenue<br>8th Floor Suite<br>New York, NY 10018 | 2-2-87 | 1 |
| Berger, Gregory Wayne | Mudge Rose Guthrie<br>Alexander & Ferdon<br>180 Maiden Lane<br>New York, NY 10038 | 9-21-92 | 1 |
| Berger, Jane Elizabeth | 145 E. 27th St. Apt. 8P<br>New York, NY 10016 | 10-10-73 | 1 |
| Bergner, Walter B. | Bergner & Bergner<br>233 Broadway<br>New York, NY 10279 | 51 | 2 |
| Berkeley, Lawrence M. | Morgenthau Greens &<br>Goldfarb, P. C.<br>575 Lexington Ave<br>New York, NY 10022 | 91 | 2 |
| Berkman, Stuart M. | Stuart M. Berkman<br>60 Sutton Place So.<br>Apt. 3A/S<br>New York, NY 10022 | 57 | 2 |
| Berlin, David Mark | Zena M. Huerta<br>132 Nassau St.<br>Room 1421<br>New York, NY | 83 | 3 |
| Berman, Donald Lee | 33 Crosby Street<br>New York, NY 10013 | 1-14-80 | 1 |
| Bernard, Lisa A. | 8063 Leasdale Avenue<br>St. Louis, MO 63130 | 12-7-87 | 1 |
| Bernard, Scott P. | Winthrop Stimson<br>Putnam & Roberts<br>40 Wall Street<br>New York, NY 10005 | 5-2-83 | 1 |
| Berns, Michael Howard | Berns & Berns<br>767 Third Avenue<br>New York, NY 10017 | 3-15-76 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Bernstein, Theodore William | Skadden Arps Slate Meagher & Flom L. L. P. 919 Third Avenue New York, NY 10022 | 11-30-92 | 1 |
| Bessin, Stephen A. | Jeffrey L. Weill & Co. 770 Lexington Ave. New York, NY 10021 | 67 | 2 |
| Bhardwaj, Rochi | Weil Gotshal & Manges 767 Fifth Avenue Room 2842 New York, NY 10153 | 5-24-82 | 1 |
| Bickler, Marc H. | Edward Greeman & Co., Inc. 225 Fifth Ave. Suite 735 New York, NY 10010 | 83 | 2 |
| Biegen, Robert Carl | Lowers Financial Corp. 417 5th Avenue New York, NY 10016 | 3-19-79 | 1 |
| Bienstock, Robert H. | Omelveny & Myers 153 East 53rd Street New York, NY 10022 | 4-14-86 | 1 |
| Biervliet, Julius C. | Pillersdorf Nassy & Jacobs 291 Broadway New York, NY 10007 | 59 | 2 |
| Biggar, Robert W. | Finley Kumble Wagner 425 Park Avenue New York, NY 10022 | 53 | 2 |
| Binavince, Victoria Christina | Graham & James 885 Third Avenue New York, NY 10022 | 8-28-89 | 1 |
| Binder, Leonard F. | Leonard F. Binder, Esq. c/o Herman & Beinin 110 East 59th Street - Suite 801 New York, NY 10022 | 64 | 2 |
| Birmingham, Thomas P. | Associate Counsel, Legal Department Home Life Insurance Company 253 Broadway New York, NY 10007 | 54 | 2 |
| Birnkrant, Stephen S. | One Independence Place Apt. 1106 Philadelphia, PA 19106 | 11-3-86 | 1 |
| Birschbach, Wayne Joseph | Olwine Connelly Chase, et al. 299 Park Avenue New York, NY 10017 | 6-16-80 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Birstein, Joseph | Joseph Birstein 360 Central Park West New York, NY 10025 | 3-25-63 | 1 |
| Bischoff, Alan | Alan Bischoff 405 West 23rd Street New York, NY 10011 | 76 | 2 |
| Biunno, Claire | General Counsel Interstate Sanitation Commission 311 W. 43rd Street New York, NY 10036 | 7-8-76 | 1 |
| Blackett, Darnell J. | Darnell J. Blackett 401 Broadway New York, NY 10013 | 11-29-48 | 1 |
| Blackwood, Kerima Lewis | Hawkins Delafield & Wood 67 Wall Street New York, NY 10005 | 90 | 2 |
| Blau, Robert E. | 96 Fifth Avenue #18G New York, NY 10011 | 7-9-84 | 1 |
| Blazier, Barbara K. | Feltman Karesh Major and Farbman 152 West 57th Street New York, NY 10019 | 6-2-86 | 1 |
| Blitz, Isabelle | 60 Rue Vilet 75015 Paris Paris France, FR 9479 | 3-21-89 | 1 |
| Blitz, Veronique | Siller Wilk Mencher & Simkin 767 Third Avenue New York, NY 10017 | 12-5-88 | 1 |
| Bloch, Bruce M. | Ogden American Corp. 277 Park Ave. New York, NY 10017 | 73 | 2 |
| Block, Lawrence J. | Skadden Arps Slate Meagher & Flom L. L. P. 919 Third Avenue New York, NY 10022 | 7-9-84 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|---------------------|---------------------|-------|
| Block, Leslie Lynne | Office of NY County Dist. Att. 155 Leonard St. New York, NY 10013 | 2-10-75 | 1 |
| Block, Richard M. | Mai North America, Inc. 708 Third Avenue 8th Floor New York, NY 10017 | 83 | 2 |
| Bloom, Sidney H. | 664 Thwaites Pl. Bronx, NY 10467 | 3-30-64 | 1 |
| Bluver, Mark H. | Cahill Gordon & Reindel 80 Pine St. New York, NY 10005 | 88 | 2 |
| Bock, Dawn Williams | Rosenman & Colin 575 Madison Avenue New York, NY 10022 | 4-16-84 | 1 |
| Bock, Steven Leonard | RSG Partners, Inc. 770 Lexington Ave. 8th Floor New York, NY 10021 | 3-5-79 | 1 |
| Boe, Chris C. | Chris C. Boe 393 Bleecker Street New York, NY 10014 | 76 | 3 |
| Bogdon, Jr., Donald Lee | Patterson Belknap Webb & Tyler 30 Rockefeller Plaza New York, NY 10112 | 7-30-84 | 1 |
| Bold, Stuart Alan | Ober Kaler Grimes & Shriver 1370 Avenue of the Americas New York, NY 10019 | 8-27-90 | 1 |
| Bolden, Alan Scott | District Attorneys Office, N.Y. Co. 80 Centre St. #736 New York, NY 10013 | 88 | 2 |
| Boltax, Lisa Ann | Williamson & Williamson, P.C. 305 Broadway New York, NY 10007 | 91 | 2 |
| Bona, Damien C. | Lacher & Lesser 110 East 59th St. New York, NY | 81 | 2 |
| Bonanno, Felicia M. | 160 W. 71st St., Apt. 5M New York, NY 10023 | 4-9-79 | 1 |
| Bonaparte, Otto M. | 217 Broadway, Rm. 603 New York, NY 10007 | 52 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Boneparth, Peter | Mabon Security Corp One Liberty Plaza New York, NY 10006 | 85 | 2 |
| Bontekoe, Frits Eduard | Deorchis & Partners 71 Broadway New York, NY 10006 | 10-3-88 | 1 |
| Borja, Antonio Pablo | Polatsek & Sclafani 2 Park Avenue Suite 910 New York, NY 10016 | 87 | 3 |
| Bowen IV, John Wesley E. | John Wesley Edward Bowen IV 37 West 8th St. New York, NY 10011 | 5-19-80 | 1 |
| Bowler, John Patrick | 2333 Brickell Ave. Apt. 1610 Miami, FL 33129 | 10-29-52 | 1 |
| Bowne, F. M. | Windels Marx Davies & Ives 51 W. 51st St. New York, NY 10019 | 59 | 2 |
| Boyd, Jr., James Moore | Curtis Mallet Prevost, et al. 100 Wall St. New York, NY 10005 | 4-25-77 | 1 |
| Boyd, Jr., Robert Wayne | Robert W. Boyd, Jr Two Washington Sq. Village New York, NY 10012 | 12-21-67 | 1 |
| Brachman, Lisa | Cleary Gottlieb Steen & Hamilton One State Street Plaza New York, NY 10004 | 11-4-85 | 1 |
| Bradley, Brian Allan | Brian Allan Bradley, Esq. Columbus Circle St. P.O. Box 20862 New York, NY 10023 | 4-11-88 | 1 |
| Brady, Robert J. | Leboeuf Lamb Leiby & Macrae 140 Broadway New York, NY 10005 | 79 | 2 |
| Braff, Isidore I. | Braff & Braff 391 E. 149 St. New York City, NY 10055 | 4-16-34 | 1 |
| Bramlette, Jr., William Allen | Legal Search Associates 780 Third Avenue #3101 New York, NY 10017 | 12-12-66 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Brashier, Jr., Ralph Calhoun | Cadwalader Wickersham & Taft 100 Maiden Lane New York, NY 10028 | 4-13-87 | 1 |
| Brassel, Richard T. | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 7-7-86 | 1 |
| Braude, James S. | District 65 UAW 13 Astor Place New York, NY 10003 | 3-17-85 | 1 |
| Brawer, Alan B. | Program Planners, Inc. 230 W. 41 St. New York, NY 10003 | 71 | 2 |
| Brennan, Barbara Jane | Bronx District Attorneys Office 215 East 161st St. Abon/Economic Crime Bureau Bronx, NY 10451 | 80 | 2 |
| Brennan, Michael L. | Michael L. Brennan c/o Kronstadt 5B 69 West 9th St. New York, NY 10011 | 88 | 4 |
| Brennen, William S. | William S. Brennen 965 Fifth Ave. New York, NY 10021 | 49 | 2 |
| Briger, Paul H. | Paul H. Briger 2 World Trade Center, 100 Fl. New York, NY 10048 | 65 | 2 |
| Brittain III, John S. | Morgan Lewis & Bockius 101 Park Ave. New York, NY 10178 | 3-20-50 | 1 |
| Brochstein, Phyllis R. | Mobil Corp. 150 E. 42nd St. New York, NY 10017 | 2-14-72 | 1 |
| Brock, Richard | Richard Brock 10 Columbus Circle Suite 2255 New York, NY 10019 | 55 | 2 |
| Brock, Susan Elizabeth | P.O. Box 3864 New York, NY 10185 | 9-28-87 | 1 |
| Brodlie, Debra Ellen | New York State Nurses Association 1 Madison Ave. New York, NY 10010 | 4-16-86 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Brody, Gary Jay | Marcraft Clothes 1290 Ave. of Americas Suite 1670 New York, NY 10021 | 7-1-91 | 1 |
| Brondsted, Caroline | Lieberman Rudolph & Nowak 131 E. 23 Street #12F New York, NY 10017 | 6-1-92 | 1 |
| Bronznick, Harold M. | Spenyler Carlson Gerbar Brodky Rosenthal 280 Park Ave. New York, NY 10017 | 5-24-82 | 1 |
| Brooks, Anne B. | Donovan Leisure Newton & Irvine 30 Rockefeller Plaza New York, NY 10112 | 5-6-85 | 1 |
| Brooks, Jr., Joshua H. | 1337 Downing Street NE Washington, DC 20018 | 7-7-70 | 1 |
| Brothers, Linda M. | Shea & Gould 330 Madison Avenue New York, NY 10017 | 7-30-84 | 1 |
| Brown, Alison George | Schulte Roth & Zabel 900 3rd Ave. New York, NY 10022 | 2-2-87 | 1 |
| Brown, Beverly Anne | Mudge Rose Guthrie & Alexander 20 Broad St. New York, NY 10005 | 6-20-79 | 1 |
| Brown, Bobbe Adair | Daewoo Internat. Corp. - General Counsel 437 Madison Ave. New York, NY 10022 | 1-31-77 | 1 |
| Brown, Carolyn Dunphey | Kelley Drye & Warren 101 Park Ave. New York, NY 10178 | ' 92 | 3 |
| Brown, Elizabeth Allison | Legal Aid Society 60 Lafayette Street New York, NY 10013 | 90 | 3 |
| Brown, Philip | Sol E. Schwartzberg 277 Broadway - Suite 1506 New York, NY 10007 | 2-9-76 | 1 |
| Brown, Shawn Anthony Phillip | Finkelstein Bokah, et al., P. C. 377 Broadway New York, NY 10013 | 12-1-86 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Brown, Tracy Lynn | Kaye Scholer Fierman Hays & Handler 425 Park Avenue New York, NY 10022 | 3-23-92 | 1 |
| Browne, Richard F. | American Telephone & Telegraph 195 Broadway, Room 2357 New York, NY 10007 | 80 | 2 |
| Bruce, Richard A. | Carro Spanbock Fass, et al. 1345 Avenue of the Americas New York, NY 10105 | 8-31-81 | 1 |
| Brusch, Stephen Anthony | Stephen A. Brusch, Esq. 305 Broadway Suite 600 New York, NY 10007 | 5-23-83 | 1 |
| Bryan, Thomas Arthur | Main Hurdman 55 E. 52 St. Park Ave. Plaza New York, NY | 84 | 2 |
| Bryant, Robert McKim | Merrill Lynch Pierce, et al. 165 Broadway New York City, NY 10080 | 12-23-68 | 1 |
| Buck, Elaine Carol | National Broadcasting Company 30 Rockefeller Plaza New York, NY 10020 | 1-29-73 | 1 |
| Buffam, David John | David J. Buffam 70 Park Avenue New York, NY 10021 | 10-5-76 | 1 |
| Bukatman, Eric Michael | New York State Attorney - General 2 World Trade Center New York, NY 10047 | 84 | 2 |
| Bull, A. Carroll | 10437 Englishman Drive N. Bethesda, Md 20852 | 3-21-83 | 1 |
| Bulla, Barbara A. | Davis Polk & Wardwell Chase Manhattan Plaza 44th Floor New York, NY 10005 | 11-8-82 | 1 |
| Burbach, Barbara | Paul Weiss Rifkind Wharton & Garrison 1285 Avenue of the Americas New York, NY 10019 | 2-5-90 | 1 |
| Burger, Loraine C. | D. H. Blair & Co., Inc. 44 Wall St. New York, NY 10005 | 77 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Burgess, Patricia A. | Stroock & Stroock & Lavan 7 Hanover Square New York, NY 10004 | 11-3-86 | 1 |
| Burke, Brian Fitzgibbon | Johnson & Higgins 95 Wall Street New York, NY 10005 | 8-2-79 | 1 |
| Burke, Paul Aloysius | Kidder Peabody & Co., Incorporated 10 Hanover Square New York, NY 10005 | 83 | 4 |
| Burke, Jr., William James | Mudge Rose Guthrie Alexander & Ferdon 180 Maiden Lane New York, NY 10038 | 7-27-87 | 1 |
| Burns, Daniel B. | Chas P. Young Company 75 Varick Street New York, NY 10013 | 60 | 2 |
| Busler, Timothy W. | Timothy W. Busler, Esq. 900 Park Ave. Apt. 28B New York, NY 10021 | 92 | 2 |
| Butler, Deborah Armfield | Law Office of Deborah A. Butler 104 Bedford St. 4C New York, NY 10014 | 87 | 2 |
| Butler, Reid William | Rogers & Wells 200 Park Avenue New York, NY 10023 | 5-24-82 | 1 |
| Butrico, Jeffrey Robert | The Sumitomo Bank Limited One World Trade Center New York, NY 10024 | 5-21-79 | 1 |
| Byrnes, Elizabeth Valentine | Mudge Rose Guthrie, et al. 180 Maiden Lane New York, NY 10038 | 7-11-88 | 1 |
| Byron, Thomas F. | U.S. Coast Guard Dis. Leg. Governors Island New York, NY 10004 | 40 | 2 |
| Cains, Frederick | Frederick Cains 295 Madison Ave. 30 Floor New York, NY 10017 | 70 | 2 |
| Calabrese, Alexander E. | Alexander E. Calabrese 2830 Briggs Ave. Bronx, NY 10458 | 11-2-42 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Callahan, Edward Timothy | Edward Callahan 225 Central Park W. New York, NY 10024 | 5-24-57 | 1 |
| Calve, Rosalie | 7 Peter Cooper Rd. New York, NY 10010 | 1-14-80 | 1 |
| Cameron III, Edward Madison | Kroll & Tract 500 Fifth Avenue New York, NY 10110 | 6-28-65 | 1 |
| Camp, Elizabeth Anne | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10017 | 10-31-88 | 1 |
| Campbell, Richard L. | Campbell & Fleming c/o Fink Weinberger, P. C. 420 Lexington Ave, 15th Floor New York, NY 10170 | 12-3-84 | 1 |
| Campbell, Jr., Thomas Alexander | Thomas A. Campbell, Jr., Esq. 220 E. 22nd St. 5-J New York, NY 10010 | 82 | 2 |
| Candido, Annette | Department of Consumer Affairs 42 Broadway 9th Floor New York, NY 10004 | 10-1-84 | 1 |
| Canning, Bruce S. | Merrill Lynch Pierce Fener, et al. One Liberty Plaza 165 Broadway 31 Fl. New York, NY 10080 | 80 | 2 |
| Cannon, David J. | Shearman & Sterling 153 E. 53rd St. New York, NY 10022 | 5-7-84 | 1 |
| Cannon, John D. | Gaston & Snow 666 Fifth Avenue New York, NY 10103 | 6-28-49 | 1 |
| Cantrell, Jennifer | DC37 Municipal Employees Legal Services 125 Barclay Street 10th Floor New York, NY 10007 | 5-8-89 | 1 |
| Capaccio, Robin A. | Arthur Andersen & Co. 1345 Ave. of the Americas New York, NY 10105 | 78 | 2 |
| Capel, Guy B. | Fink Weinberger, P. C. 420 Lexington Avenue 562 Fifth Avenue New York, NY 10170 | 65 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Capers, Valerie Lisa | Hawkins Delafield & Wood 67 Wall Street New York, NY 10005 | 91 | 2 |
| Caplovitz, David | Budget & Credit Counseling Services, Inc. 115 East 23rd Street New York, NY 10010 | 11-2-87 | 1 |
| Capulong, Eduardo R. C. | United States Court of Appeals 2nd Circuit 40 Centre Street New York, NY 10007 | 92 | 2 |
| Capulong, Romeo T. | Romeo T. Capulong, Esq. 1472 Broadway Room 813 New York, NY 10036 | 7-7-80 | 1 |
| Caras, Victoria L. | P.O. Box 1002 Aspen, CO 81612 | 5-7-84 | 1 |
| Carbajal, Ivan V. | 354 East 51st St. #3F New York, NY 10022 | 1-23-89 | 1 |
| Cardwell, Lucy Adams | New York City Law Dept. 100 Church St. New York, NY 10007 | 85 | 2 |
| Carey, Daniel Jeffrey | Carey Sayers & Duffy 277 Broadway Suite 100 New York, NY | 82 | 2 |
| Carlaftes, Constandinos Christos | Otterbourg Steindler Houston & Rosen, P. C. 230 Park Avenue New York, NY 10169 | 5-5-86 | 1 |
| Carlino, John J. | Smiley Olson Gilman & Pangia 150 Broadway New York, NY 10038 | 75 | 2 |
| Carman, Steven Francis | Cadwalader Wickersham & Taft 100 Maiden Lane New York, NY 10038 | 86 | 2 |
| Carmel, Heidi Jordan | Jackson Lewis Schnitzler & Krupman 261 Madison Avenue New York, NY 10016 | 7-7-81 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Carmichael, James Henry | Westvaco Corp. 299 Park Ave. New York, NY 10171 | 77 | 3 |
| Carmichael, Jr., Martin | Martin Carmichael, Jr. 434 East 52nd St. New York, NY 10022 | 5-26-54 | 1 |
| Carreras, Eduardo M. | Kenyon & Kenyon 59 Maiden Lane New York, NY 10038 | 4-9-79 | 1 |
| Carro, Melvin J. | Carro Spanbock Kaster & Cuiffo 1345 Ave. of the Americas New York, NY 10105 | 6-28-49 | 1 |
| Carroll, Douglas E. | Mendes & Mount 3 Park Ave. New York, NY 10016 | 7-6-87 | 1 |
| Carroll, Patrick Joseph | Chadbourne & Parke 30 Rockefeller Plaza New York, NY 10112 | 7-17-89 | 1 |
| Carson, Anne L. | 115 Charles St. New York, NY 10014 | 3-29-76 | 1 |
| Cartelli, Lawrence Paul | City of New York Dept. of Housing Preservation & Development 150 William St. New York, NY 10038 | 3-5-84 | 1 |
| Carter, Jonathan Barlow | The Legal Aid Society- Criminal Appeals 15 Park Row New York, NY 10038 | 5-5-86 | 1 |
| Carter, William E. | Brown & Wood One World Trade Center New York, NY 10048 | 63 | 2 |
| Casey, Brian W. | Davis Polk & Wardwell 1 Chase Manhattan Plaza New York, NY 10005 | 4-17-89 | 1 |
| Cashman, Dana Ellen | Simon Meyrowitz Meyrowitz & Schlussel 470 Park Ave. South 12th Floor South New York, NY 10280 | 3-23-92 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Cassiliano, Juliana M. | Alpha Petroleum Trading Co., Inc. 509 Madison Ave. New York, NY 10022 | 82 | 2 |
| Castle, June | New York County District Attorney One Hogan Place New York, NY 10013 | 3-1-82 | 1 |
| Catuzzi, Jr, Jerome P. | J. P. Catuzzi, Jr. & Associates 635 Madison Avenue New York, NY 10022 | 60 | 2 |
| Cavanaugh, Linda | Goldstein Zucker & Flynn 111 West 57th St. Suite 1400 New York, NY 10019 | 1-22-90 | 1 |
| Cerabino, John J. | Shapiro & Kreisman 235 East 45th St. New York, NY 10017 | 89 | 3 |
| Chadsey, Mark Joseph | Nixon Hargrave Devans & Doyle 30 Rockefeller Place New York, NY 10112 | 87 | 4 |
| Chambers, Toni Suzanne | ITT Corporation 320 Park Ave. New York, NY 10022 | 83 | 2 |
| Chandler, Jerry T. | Jerry T. Chandler 207 East 85th Street #117 New York, NY 10017 | 62 | 2 |
| Chandler, Logan Munroe | Olwine Connelly Chase O'Donnell & Weyher 299 Park Avenue New York, NY 10171 | 6-1-87 | 1 |
| Chapelon, Odile Sophie | 10 Bleecker Street #6A New York, NY 10012 | 6-13-88 | 1 |
| Chapman, Robert L. | Shearson Lehman Brothers American Express Tower World Financial Center New York, NY 10285 | 4-7-80 | 1 |
| Chapnik, Elaine | Mead Data Central 200 Park Avenue New York, NY 10066 | 6-16-80 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Chasin, Dana James | Europolitics Consulting P.O. Box 62 New York, NY 10021 | 12-4-89 | 1 |
| Chavers, Kevin Gerald | Milbank, Tweed, Hadley & McCloy 1 Chase Manhattan Plaza New York, NY 10005 | 88 | 3 |
| Chaves Ghigliotty, Luis M. | Luis M. Chaves Ghigliotty Law Offices 51 West 86th Street Suite 1502 New York, NY 10024 | 10-27-80 | 100 |
| Chavis, Felicia | Haythe & Curley 437 Madison Avenue New York, NY 10022 | 85 | 3 |
| Chen, Gong | Fish & Neave 1251 Avenue of the Americas New York, NY 10020 | 7-20-92 | 1 |
| Chender, Robert L. | London & Bishopsgate International, Inc. 866 Third Ave. New York, NY 10022 | 2-2-81 | 1 |
| Chenfeld, Cliff Brodsky | Duker & Barrett 90 Broad St. New York, NY 10004 | 86 | 2 |
| Cheper, Nicholas J. | N.J. Cheper 375 Park Ave. New York, NY 10022 | 60 | 2 |
| Chernis, Steven Alan | Steven A. Chernis 171 East 89th St. New York, NY 10128 | 3-28-66 | 1 |
| Chernoff, Robert Alan | Kaye Scholer Fierman Hays & Handler 425 Park Avenue New York, NY 10022 | 3-5-84 | 1 |
| Chernov, Carrie Susan | Sive Paget and Riesel P. C. 460 Park Avenue New York, NY 10022 | 6-5-89 | 1 |
| Cherovsky, Erwin | Proskauer Rose Goetz & Mendelsohn 300 Park Ave. New York, NY 10022 | 58 | 4 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Chesner, Roberta | Chicago Title Ins. Co. 233 Broadway New York, NY 10007 | 72 | 2 |
| Cheung, Angela O. | Flat 6 Cadogan Square London SW1, GB | 3-19-79 | 1 |
| Chicha, Jean-Louis D. | Breed Abbott & Morgan 153 East 53rd Street New York, NY 10022 | 1-14-91 | 1 |
| Chmielewski, Christine A. | 354 Fairfield Ave. Ridgewood, NJ 07450 | 6-21-82 | 1 |
| Chodosh, Hiram Elias | Cleary Gottlieb Steen & Hamilton One Liberty Plaza New York, NY 10006 | 2-3-92 | 1 |
| Choi, Jae Kyung | Kelley Drye & Warren 101 Park Ave. New York, NY 10178 | 2-27-90 | 1 |
| Chow, Margaret A. | HRA Office of Legal Affairs 220 Church St., 6th Fl. New York, NY 10007 | 2-27-78 | 1 |
| Christensen, Edgar A. | Virag & Virag 277 Broadway, Suite 1404 New York, NY 10007 | 80 | 2 |
| Chua, Amy Lynn | Cleary Gottlieb Steen & Hamilton One Liberty Plaza New York, NY 10006 | 4-23-90 | 1 |
| Chuck, Karen Suzanne | Dewey Ballantine 2301 Avenue of the Americas New York, NY 10019 | 9-18-90 | 1 |
| Chun, Edward Leong | The Legal Aid Society 15 Park Row New York, NY 10038 | 87 | 2 |
| Chute, Paul Michael | Reid & Priest 40 Wall Street New York, NY 10005 | 6-1-81 | 1 |
| Ciolino, Wendy Dehan | Watson Farley & Williams 380 Madison Avenue 19th Floor New York, NY 10017 | 89 | 3 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|-------------------|--------------------|-------|
| Cirigliano, John J. | John J. Cirigliano<br>63 E. 9 St.<br>New York, NY 10003 | 12-23-68 | 1 |
| Clark, Douglas J. | Jones Day Reavis & Pogue<br>599 Lexington Ave.<br>New York, NY 10022 | 6-18-90 | 1 |
| Clark, Terence Godfried | Cleary Gottlieb<br>Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | 10-26-92 | 1 |
| Clemente, James Thomas | NYC Law Department<br>900 Sheridan Ave.<br>Room 6A14<br>Bronx, NY 10451 | 11-3-86 | 1 |
| Cleveland, Paul B. | Sidley & Austin<br>875 Third Ave.<br>New York, NY 10022 | 3-16-82 | 1 |
| Climent, Sandra A. | Carmen Delgado<br>853 Broadway, Rm. 1004<br>NYC, NY 10003 | 11-21-77 | 1 |
| Close, John Weir | American Lawyer Media, L. P.<br>600 Third Avenue<br>New York, NY 10016 | 90 | 2 |
| Clubok, Douglas Joel | Rosenman Colin Freund Lewis<br>575 Madison Ave.<br>New York, NY 10022 | 4-28-80 | 1 |
| Coakley, Walter J. | Sullivan & Cromwell<br>125 Broad St.<br>New York, NY 10004 | 60 | 2 |
| Cobbs, Cynthia Page | 834 Judson Avenue<br>Evanston, IL 60202 | 6-15-87 | 1 |
| Coburn, Caroline Majella | Sullivan & Cromwell<br>250 Park Avenue<br>New York, NY 10177 | 9-28-87 | 1 |
| Coe, Jaenam | Jaenam Coe, Esq.<br>500 Fifth Ave.<br>Suite 1205<br>New York, NY 10110 | 6-13-88 | 1 |
| Cohen, Andrea Lee | Friedman Wittenstein &<br>Hochman<br>101 East 52nd Street<br>New York, NY 10022 | 5-8-89 | 1 |
| Cohen, Betty A. | Lowenthal Landau<br>Fisher & Ziegler<br>250 Park Avenue<br>New York, NY 10028 | 3-14-77 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|---|---|---|---|
| Cohen, David L. | Furman Selz Dietz Mager 230 Park Ave. New York, NY 10169 | 3-22-82 | 1 |
| Cohen, Janis Ellen | Deitsch Goldberg Cohen & Marin 39 Broadway New York, NY 10006 | 3-5-90 | 1 |
| Cohen, Jay Gordon | Shea & Gould 330 Madison Ave. New York, NY 10017 | 3-2-87 | 1 |
| Cohen, Jay Leslie | Columbia Presbyterian Medical Center Department of Dermatology 161 Fort Washington Ave. Room 750 New York, NY 10032 | 10-31-88 | 1 |
| Cohen, Jill R. | Breed Abbott & Morgan 153 East 53rd St. New York, NY 10022 | 2-29-88 | 1 |
| Cohen, Kenneth D. | Kenneth D. Cohen, Esq. 299 Broadway New York, NY 10007 | 10-5-81 | 1 |
| Cohen, Michael Bennett | Sanford C. Bernstein & Co., Inc. 767 Fifth Avenue 22nd Floor New York, NY 10153 | 4-11-85 | 1 |
| Cohen, Steven M. | Englander Securities Corp. 74 Trinity Place New York, NY 10006 | 79 | 2 |
| Cohn, Martin Barry | Skadden Arps, et al. 919 Third Ave. New York, NY 10020 | 85 | 2 |
| Colangelo, Daniel Vito | Shea & Gould 330 Madison Avenue New York, NY 10017 | 3-24-86 | 1 |
| Colarossi, Steven A. | Schulte Roth & Zabel 900 Third Avenue New York, NY 10022 | 6-18-90 | 1 |
| Coleman, Elizabeth Ann | E. Ann Coleman, Atty 230 W. 11th St. New York, NY 10014 | 4-1-57 | 1 |
| Collinson, Peter William | White & Case 1155 Avenue of the Americas New York, NY 10036 | 6-18-84 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Colnes, Michael Jonathan | Pincus & Colnes, P. C. 733 Third Avenue New York, NY 10017 | 3-22-82 | 1 |
| Connell, Calvin S. | NYS Supreme Court 60 Centre Street New York, NY 10007 | 56 | 2 |
| Connolly, Kevin J. | Coldwell Banker 55 Broadway 18th Floor New York, NY 10006 | 3-21-82 | 1 |
| Connors, Christopher Edward | Christopher Edward Connors, Esq. 240 East 90th Street #4B New York, NY 10128 | 7-22-91 | 1 |
| Contino, Richard Martin | Richard M. Contino, Attorney at Law 303 East 49th St. Unit 10 New York, NY 10017 | 69 | 2 |
| Coopersmith, Jeffrey | Kramer Levin Nessen Kamin & Frankel 919 Third Avenue New York, NY 10022 | 8-27-90 | 1 |
| Copes, Laverne Broughton | Via Mario Savini 15 Apt. 11N 00136 Rome, Italy | 6-17-85 | 1 |
| Corcoran, Peter J. | Edison Electric Institute 90 Park Avenue New York, NY 10016 | 2-22-77 | 1 |
| Coulter, Gillian Grace | Robert M. Simels, P. C. Counsellors at Law 260 Madison Avenue, 22nd Floor New York, NY 10016 | 12-3-90 | 1 |
| Coyne, Thomas | Kirlin Campbell & Keating 14 Wall Street New York, NY 10005 | 11-29-48 | 1 |
| Craig, Jr., George P. | 7000 AIA So. St. Augustine Beach, FL 32084 | 1-15-73 | 1 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Crayhon, Joseph Bevington | Exxon Corporation 1251 Ave. of Americas New York, NY 10200 | 12-3-56 | 1 |
| Crilly, Stephen Richard | Mazur Carp & Rubin, P. C. 2 Park Avenue New York, NY 10016 | 87 | 3 |
| Cristini, Mark Anthony | Mark Anthony Cristini 235 West 48th Street 33rd Floor New York, NY 10036 | 7-16-79 | 1 |
| Crooks, Sharon Janelle | Agus & Hatem 1140 Ave. of the Americas New York, NY 10036 | 3-27-89 | 1 |
| Crowley, Francis X. Kaine | Francis X. Kaine Crowley 160 E. 89th St. #6D New York, NY 10128 | 57 | 2 |
| Crutchfield, Mark Edward | The First Boston Corporation 55 East 52nd Street New York, NY 10055 | 88 | 2 |
| Cueto, Emilio C. | Emilio C. Cueto 41 Fifth Ave. Apt. 2D New York, NY 10003 | 10-6-75 | 1 |
| Culver, Michael James | Le Boeuf Lamb Leiby & MacRae 520 Madison Avenue New York, NY 10022 | 9-19-91 | 1 |
| Cummings, Alyson Barbara | Shereff Friedman Hoffman & Goodman 919 Third Avenue New York, NY 10022 | 4-16-84 | 1 |
| Cummins, Robert H. | Robert H. Cummins 177 Franklin Street New York, NY 10013 | 72 | 2 |
| Cunningham, Paul Michael | Paul M. Cunningham, Esq. 580-10 Main St. Roosevelt Island, NY 10044 | 62 | 2 |
| Curley, Stephen Coryell | The Continental Corp. 80 Maiden Lane New York, NY 10038 | 4-26-76 | 1 |
| Curtis, Andrew M. | Kleinberg Kaplan Wolfe & Cohen 522 Fifth Ave. 22nd Floor New York, NY 10036 | 84 | 2 |

| NAME | LAST KNOWN ADDRESS | ADMITTED DATE/YEAR | DEPT. |
|------|--------------------|--------------------|-------|
| Cyriax, Conrad G. | Thacher Proffitt & Wood Two World Trade Center New York, NY 10048 | 4-23-90 | 1 |
| Czajkowski, Stephen J. | 5607 Howe Street Pittsburgh, PA 15232 | 10-24-78 | 1 |